No. 3,472.—C. C. ST. JOHN, RESPONDENT, *v.* BANK OF MON-
TANA, APPELLANT.

*Appeal from District Court, Yellowstone County; Geo. W. Pierson, Judge.*

Decided July 6, 1914.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed in accordance with stipulation of counsel on file.

*Messrs. Geo. W. Farr, D. P. B. Marshall* and *Goddard & Clark,* for Appellant.

*Messrs. Loud, Collins, Campbell, Wood & Leavitt,* for Respondent.

---

No. 3,506.—EBERHARD RIEDEL ET AL., RESPONDENTS, *v.* MOORE BROS. SHEEP CO., APPELLANT.

*Appeal from District Court, Blaine County; John A. Matthews, Judge presiding.*

Decided September 14, 1914.

PER CURIAM.—Respondents' motion to dismiss the appeal herein was, after due consideration, by the court granted and the appeal dismissed.

*Mr. L. V. Beaulieu,* for Appellant.

*Messrs. Stranahan & Stranahan,* for Respondents.